## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No.   12-52118 |
| MJM Development, LLC | ) | Chapter 11 |
| Debtor | ) | |
| MJM Development, LLC | ) | |
| Movant | ) | |
| v. | ) | |
| First County Bank, Connecticut Community Bank dba The Greenwich Bank and Trust Company, and First Niagara Bank, | ) ) ) | |
| Respondents | ) | August 8, 2013 |

### CERTIFICATION

This is to certify that on the above date a copy of the Debtor's Amended Motion To Determine The Value Of Claims Secured By Liens And Objection To Liens Exceeding Said Value Pursuant To 11 U.S.C. §506(A) and (d), Proposed Order, Appraisals and Notice of Hearing was sent by first class mail, postage prepaid, to all creditor and parties entitled to notice as set forth below.  Parties with electronic appearances, including the United States Trustee's Office, were served pursuant to the Court's ECF/CM system.

**DEBTOR**

_____/s/_____
Scott M. Charmoy, Esq.    CT15889
Charmoy & Charmoy
1261 Post Road, P. O. Box 804
Fairfield, CT  06824-0804
(203) 255-8100
Fax (203)-266-8101
scottcharmoy@charmoy.com

## LIST OF AFFECTED CREDITORS

First Niagara Bank, N.A.  
550 Summer Street  
Stamford, CT 06901

CT Community Bank dba Greenwich Bank  
P.O. Box 309  
Westport, CT 06881-0309

## PARTIES WHO RECEIVE ELECTRONIC NOTICE

Office of The United States Trustee  
150 Court St.  
Room 302  
New Haven, CT 06510

Daniel M. Young, Esq.  
Wofsey Rosen et al,  
600 Summer Street - 7th Floor  
Stamford, CT  06901  
dyoung@wrkk.com  
For First County Bank

Lloyd S. Lowinger, Esq.  
P.O. Box 1564  
Avon, CT 06001  
For Wells Fargo Bank  
lslowinger@aol.com